# IN THE UNITED STATE COURT OF APPEALS
## FOR THE SIXTH CIRCUIT AT CINCINATTI, OHIO

RECEIVED

JUL 1 2 2023

DEBORAH S. HUNT, Clerk

James M. Naïve, )
    Petitioner

**Case No: 3:19-cv-01132**
**App. No: 23-5357**

-v-

Brian Eller, Warden )
    Respondent

**Judge Eli Richardson**

## MOTION TO REQUEST SIXTH CIRCUIT AT CINCINATTI, OHIO TO REINSTATE APPLICATION FOR COA

Comes the Appellant, James Michael Naïve, pro se, and respectfully requests this honorable to re-instate his Application for Certificate of Appealability. Appellant feels that relief is warranted in this situation for the following reasons:

1) The District Court denied his Writ of Habeas Corpus; however, informed him that he could apply directly to the Sixth Circuit for a Certificate of Appealability. See Order attached to the original Notice of Appeal and Motion to Request a COA; and,

2) Appellant had the funds to pay for the appeal in his trust fund account and in the interest of fairness to the judicial process and respect for the court's time and resources did not request in forma pauperis status and sent the payment of $505.00 directly to Susan Rogers, Clerk of the Sixth Circuit Court of Appeals. A copy of check #1358863, which was processed through the trust fund custodian, and issued on April 10, 2023, is attached; and,

3) The Appellate Court Clerk returned the check to Appellant on April 20, 2023, which was received through the prison mailroom on April 24, 2023, informing me I had to make the payment to the Clerk of the District Court. I immediately sent notification to Keith Throckmorton, Clerk of the District Court, informing him of the check's return. See attached correspondence dated April 27, 2023; and,

1

4) On May 12, 2023, a new check was issued to the Clerk of the District Court as ordered by the Clerk of the Sixth Circuit, a copy of the request showing that check #1356915 was issued on the above date is attached to this motion; and,

5) On May 24, 2023, appellant received notification from the District Court that the second check which was sent to them was also being returned, because the Trust-Fund Custodian put the actual name of the District Court Clerk on the check instead of simply, Clerk of the District Court; and,

6) Appellant immediately informed the Clerk of the Sixth Circuit Appellate Court of the situation that was unfolding concerning the payment for his Application to Request a Certificate of Appealability on May 26, 2023, supporting his claims with copies of the check and the letter from the District Court informing him of the returned checkand requesting that his appeal remain open until the check malfunctions could be cleared up, see attached letter; and,

7) On May 29, 2023, Appellant informed the District Court Clerk that he was in receipt of the second returned check and he had requested that a third check be issued with the Clerk, U.S. District Court, be listed as the payee, as explained in the letter sent to him with the second returned check. Appellant asked the District Court Clerk to expedite sending the re-issued check to the Clerk of the Sixth Circuit as it was due by May 22, 2023. Appellant presumed that the District Court Clerk would also inform the Sixth Circuit Appellate Court Clerk of what was transpiring concerning the payment for the Application for a Certificate of Appealability, a copy of that letter is attached; and,

8) Appellant requested a third check from the trust-fund custodian on May 29, 2023, and it was issued as check #1358863 on June 19, 2023, with the proper payee as the Clerk, U.S. District Court. Appellant can only presume that the check is in the possession of the District Court Clerk, the Sixth Circuit

2

Appellate Court Clerk, or is in transit between the two courts at this time. A copy of the trust-fund receipt is attached to this motion; and,

9) Appellant respectfully requests that this court address the issue of the vagueness of the instructions of how to proceed when the District Court denies an applicant's Writ of Habeas Corpus. In recent denials the District Court is denying a habeas petition and informing the Petitioner that they can go directly to the Sixth Circuit to request a Certificate of Appealability, however, they do not state that one must still file the payment, or the request for in forma pauperis status with the District Court as the proper procedure in such a situation. The previous denial from the District Court, which stated, "The Court will deny a COA," is fully addressed in the rules, informing the Appellant that they must first seek permission to appeal and make payment or request in forma pauperis status with the District Court. However, the new language, "However, Petitioner may seek a COA directly from the Sixth Circuit," can, and is being, misconstrued by pro se applicant's, who are sending their payment directly to the Sixth Circuit along with their Notice of Appeal, or Application to Request a Certificate of Appealability.

In sum, Appellant requests that this honorable court re-instate his Application for a Certificate of Appealability and either inform the District Court to refrain from instructing Appellant's to go directly to the Sixth Circuit, or in the alternative, inform Appellant's they must still make payment or request in forma pauperis status in the District Court after filing the Notice of Appeal in the Sixth Circuit.

Respectfully Submitted,

James Naive #220963
Northeast Correctional Complex
P.O. Box 5000
Mountain City, TN 37683-5000

Check# 1354665
4-10-23

TENNESSEE DEPARTMENT OF CORRECTION
TRUST FUND ACCOUNT
PERSONAL WITHDRAWAL REQUEST

INSTITUTION _NECX_

DATE: _3-26-23_



PLEASE DEDUCT THE FOLLOWING AMOUNT FROM MY ACCOUNT:

$ _505.00_

_FIVE HUNDRED FIVE AND No/100_ _____ DOLLARS

THIS CHECK IS TO BE MAILED TO:

_SUSAN ROGERS, CHIEF DEP. CLERK_     NAME

_100 E. 5TH ST., POTTER STEWART U.S. C'THSE_     STREET ADDRESS

_CINCINNATI, OHIO 45202-3988_     CITY, STATE, ZIP

THE PURPOSE OF THIS WITHDRAWAL IS:
_PAYMENT TO PROCEED ON APPEAL IN THE SIXTH CIRCUIT_

_James M. Decker_
INMATE SIGNATURE

_229863_     TDOC ID

Building: _60_

Room #: _4_

CHECK
REQUESTED

APR 0 4 2023

WITNESSED: _Coleman B.B._

APPROVED: ☒ YES ☐ NO

REASON FOR DENIAL: _____

_P. Messler_                          _3/30/23_
WARDEN / SUPERINTENDENT / DIRECTOR / DESIGNEE     DATE

CR-2727 (Rev. 9-19)          Duplicate As Needed

April 27, 2023

Keith Throckmorton, Clerk of Court
Estes Kefauver Federal Bldg.
801 Broadway
Nashville, TN 37203

Mr. Throckmorton:

    I have been ordered by the Sixth Circuit Court of Appeals to send my payment for $505.00 to your office as payment for the cost of my appeal. See attached correspondence.

    Thank you for your quick attention to this matter.

Best regards,

James Naive #220963
Northeast Correctional Complex
P.O. Box 5000
Mountain City, TN 37683-5000

Check # 1356915
5-12-23



**TENNESSEE DEPARTMENT OF CORRECTION**
**TRUST FUND ACCOUNT**
**PERSONAL WITHDRAWAL REQUEST**

NECX
_____
INSTITUTION

$ 505.00

DATE: 4-27-23

PLEASE DEDUCT THE FOLLOWING AMOUNT FROM MY ACCOUNT:

FIVE HUNDRED FIVE AND NO/100 —————————— DOLLARS

THIS CHECK IS TO BE MAILED TO:

KEITH THROCKMORTON, CLERK OF COURT          NAME
801 BROADWAY                                STREET ADDRESS
NASHVILLE, TN 37203                         CITY, STATE, ZIP

THE PURPOSE OF THIS WITHDRAWAL IS:

PAYMENT TO SIXTH CIRCUIT FOR APPEAL

CHECK
REQUESTED

MAY 05 2023

_____
INMATE SIGNATURE

220963
_____
TDOC ID

Building:          10
Room #:            4

WITNESSED: _____
APPROVED: ☑ YES      ☐ NO
REASON FOR DENIAL:

_____
WARDEN / SUPERINTENDENT / DIRECTOR / DESIGNEE

Brian P. Kohn  4/27/23
_____
DATE
5/4/2023

CR-2727 (Rev. 9-19)          Duplicate As Needed

May 26, 2023

Deborah S. Hunt, Clerk
U.S. Court of Appeals Sixth Circuit
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-3988        In re: Orig. Case No: 3:19-cv-01132
                                 Case No: 23-5357

Ms. Hunt:

   Please find enclosed the following: 1) a copy of the letter from your office dated April 20, 2023, informing me I had until May 22, 2023, to make a payment or file for pauper status in the district court; and 2) a copy of the check for $505.00 dated May 5, 2023; and, 3) a letter from the District Court returning the check to me because it listed payee as the clerk of the District Court.

   Please forgive my misunderstanding of the payment process and be it known that I have informed the trust-fund clerk of the prison of the mistake, and requested that she expedite payment be sent to the District Court, listing you as the payee on the check.

   Thank you in advance for your attention to this matter and keeping my appeal open for further disposition of the court.

                        Best regards,

                        James Naive #220963
                        Northeast Correctional Complex
                        P.O. Box 5000
                        Mountain City, TN 37683-5000

Keith Throckmorton, Clerk of Court
United States District Court
801 Broadway, Rm. 800
Estes Kefauver United States Courthouse
Nashville, TN 37203

Mr. Throckmorton:

I am in receipt of the returned check and am enclosing a re-issued with the Clerk, U.S. District Court as the payee. I am also enclosing a copy of the letter you sent to me returning the last check. I hope everything is right this time.

Thank you for your immediate attention to this matter as the check was supposed to be filed in the Circuit court by May 22.

Best Regards,

James M. Naive #220963
N.E.C.X.
5249 Highway 67 West
P. O. Box 5000
Mountain City, TN 37683-5000

#13588863
6/9/23

TENNESSEE DEPARTMENT OF CORRECTION
TRUST FUND ACCOUNT
PERSONAL WITHDRAWAL REQUEST

NECX
INSTITUTION

$ 505.00

DATE: 29 MAY, 2023

PLEASE DEDUCT THE FOLLOWING AMOUNT FROM MY ACCOUNT:

FIVE HUNDRED, FIVE & NO 100                              DOLLARS

THIS CHECK IS TO BE MAILED TO:

KEITH THROCKMORTON, CLERK of COURT          NAME
ESTES KEFAUVER FEDERAL BLDG.                      STREET ADDRESS
801 BROADWAY , NASHVILLE, TN 37203              CITY, STATE, ZIP

THE PURPOSE OF THIS WITHDRAWAL IS:

COURT COST PLEASE MAKE CHECK PAYABLE TO:
CLERK, U.S. DISTRICT COURT

CHECK
REQUESTED

JUN 5 2023

Jim M Tanis                                    220963
INMATE SIGNATURE                              TDOC ID

Building:                                      10
Room #:                                        4-A

WITNESSED: C/O Williams
APPROVED:   ☐ YES    ☐ NO
REASON FOR DENIAL:

TRESSLER                                       6/1/23
WARDEN / SUPERINTENDENT / DIRECTOR / DESIGNEE   DATE

CR-2727 (Rev. 9-19)              Duplicate As Needed

Case: 23-5357    Document: 6    Filed: 07/12/2023    Page: 10

Case No. 23-5357

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

JAMES MICHAEL NAIVE

           Petitioner - Appellant

v.

BRIAN ELLER, Warden

           Respondent - Appellee

     Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

     The proper fee was not paid by May 22, 2023,

  It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                            **ENTERED PURSUANT TO RULE 45(a), RULES OF THE SIXTH CIRCUIT**
                            Deborah S. Hunt, Clerk

Issued:  June 27, 2023

James M. Naive, #220963
Northeast Correctional Complex
P.O. Box 5000
Mountain City, TN 37683-5000



RECEIVED
JUL 1 2 2023
DEBORAH S. HUNT, Clerk
Legal

Susan Rogers, Chief Deputy Clerk
100 E. 5th St.
540 Potter Stewart U.S. CTHSE
Cincinatti, OH 45202-3988

4520283911 C023