# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 07/17/2023.

**Case Name:** James Naive v. Brian Eller
**Case Number:** 23-5357

**Docket Text:**
ORDER filed granting motion to reinstate case [7023564-2] filed by Mr. James Michael Naive.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. James Michael Naive
Northeast Correctional Complex
P.O. Box 5000
Mountain City, TN 37683

**A copy of this notice will be issued to:**

Mr. Zachary Lewis Barker
Ms. Lynda M. Hill